UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DANIEL GUYINN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:05-cv-1732-RLY-TAB |
| JOHN PHILLIPS, JR., al., | ) ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed,** as follows:

1. The plaintiff's claims are dismissed with prejudice.

2. The counterclaim of Roscoe Stovall, Jr., et al., is dismissed for lack of subject matter jurisdiction.

Date: 01/09/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

Daniel Guyinn
7033 Dior Ct.
Indianapolis, IN 46278

Gerald B. Coleman
COLEMAN GRAHAM & STEVENSON
gcoleman@cgslegal.com

Roscoe Stovall, Jr.
2 West Main Street
Mooresville, IN    46158